**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Scott Milstein<br>Sheryl Milstein<br><br>　　　　　Debtors | CHAPTER 7<br><br>BKY. NO. 18-10424 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

                                    Respectfully submitted,

                                    **/s/ Rebecca A. Solarz, Esquire**
                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322 FAX (215) 627-7734