United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Scott Milstein  
Sheryl Milstein  
    Debtors

Case No. 18-10424-jkf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: May 29, 2018  
                        Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2018.  
db/jdb        Scott Milstein,    Sheryl Milstein,    34 Winter Rd,    Holland, PA   18966-2750

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2018 at the address(es) listed below:  
         JOSHUA Z. GOLDBLUM     on behalf of Debtor Scott Milstein jzgoldblum@aol.com, G14492@notify.cincompass.com  
         JOSHUA Z. GOLDBLUM     on behalf of Joint Debtor Sheryl Milstein jzgoldblum@aol.com, G14492@notify.cincompass.com  
         REBECCA ANN SOLARZ     on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
         ROBERT H. HOLBER     trustee@holber.com, rholber@ecf.epiqsystems.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                              TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 7

Scott Milstein and Sheryl Milstein                                     : Case No. 18–10424–jkf
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , May 29,2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

16
Form 195